RECEIVED

OCT - 1 2014

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| RAYFIELD J. THIBEAUX | CIVIL ACTION NO. 6:14-cv-2409 |
| VS. | JUDGE REBECCA F. DOHERTY |
| BURL CAIN | MAGISTRATE JUDGE PATRICK J. HANNA |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and considering the objections to the Report and Recommendation in the record;

**IT IS ORDERED** that plaintiff's civil rights complaint filed pursuant to 42 U.S.C. §1983 be **DISMISSED**.

**THUS DONE AND SIGNED**, in chambers, Lafayette, Louisiana, on this １st day of October, 2014.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE